**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHIVA STEIN,<br><br>Plaintiff,<br><br>v.<br><br>CAPSTEAD MORTGAGE CORPORATION, PAT AUGUSTINE, JACK E. BIEGLER, MICHELLE P. GOOLSBY, GARY KEISER, CHRISTOPHER W. MAHOWALD, MICHAEL G. O'NEIL, PHILLIP A. REINSCH, MARK S. WHITING, BENEFIT STREET PARTNERS REALTY TRUST, INC., and RODEO SUB I, LLC,<br><br>Defendants. | Civ. No. 1:21-cv-7306-PAE |

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shiva Stein hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED: November 12, 2021

Respectfully submitted,

**MELWANI & CHAN LLP**

/s *Gloria Kui Melwani*
Gloria Kui Melwani (GM5661)
1180 Avenue of the Americas, 8th Floor
New York, New York 10036
Tel: (212) 382-4620
Email: gloria@melwanichan.com

*Attorneys for Plaintiff*

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge
11/12/2021